UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID FERN HAWLEY,

        Plaintiff,　　　　　　　　　　Case No.  1:06cv209

v.　　　　　　　　　　　　　　　　　Hon. Gordon J. Quist

RAYMOND GELABERT, M.D.;
CLAIRE HAMMER; CAROL PARKER;
MARY ANN SCHORFHAAR; and
CORRECTIONAL MEDICAL SERVICES,
INC.,

        Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on September 19, 2006.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed September 19, 2006, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that defendant's motion to dismiss is **GRANTED** and plaintiff's motion to amend is **DENIED**.

                                                    /s/Gordon J. Quist
                                               Hon. Gordon J. Quist
                                               U.S. District Judge

Dated:  October 5, 2006