UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID FERN HAWLEY,

       Plaintiff,

Case No. 1:06-CV-209

v.

Hon. Gordon J. Quist

RAYMOND GELABERT, M.D., et al.,

       Defendants.
                              /

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action filed on June 29, 2009. The Report and Recommendation was served on the parties the same date. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed June 29, 2009, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motions for Summary Judgment (docket nos. 67 and 77) are **GRANTED**, and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

This case is **concluded**.

Dated: August 14, 2009                                               /s/ Gordon J. Quist
                                                                                  GORDON J. QUIST
                                                                 UNITED STATES DISTRICT JUDGE